UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 6:11-cv-00317-LED-JDL |
| | § | |
| LANDIS+GYR, INC., et al. | § | JURY TRIAL REQUESTED |
| | § | |
| Defendants. | § | |

**ORDER GRANTING JOINT MOTION TO DISMISS
WITH PREJUDICE AS TO ELSTER ONLY**

COMES NOW EON Corp. IP Holdings, LLC ("EON") and Elster Solutions, LLC, EnergyICT, Inc. and Elster AMCO Water, LLC's (collectively, "Elster") Joint Motion to Dismiss with Prejudice all claims asserted in this litigation against Elster only. The Court, having reviewed the Motion, finds that the Motion should be, and hereby is, GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that EON and Elster's Joint Motion to Dismiss with Prejudice as to Elster only is GRANTED.

**So ORDERED and SIGNED this 10th day of July, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**