UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:11-cv-00015-LED-JDL |
| v. | § § | JURY TRIAL REQUESTED |
| SKYGUARD, LLC, et al., | § § | |
| Defendants. | § § § | |

## JOINT MOTION TO DISMISS
## NOVATEL/ENFORA WITH PREJUDICE

Plaintiff EON Corp. IP Holdings, LLC, ("EON") and Defendants Novatel Wireless, Inc. and Enfora, Inc. (collectively, the "Defendants") have amicably settled all claims by and between them. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), EON and Defendants hereby jointly move the Court to dismiss with prejudice all claims asserted in this litigation by and between EON and Defendants. Each party will bear its own costs and attorneys' fees.

Respectfully submitted, this 30th day of July, 2013.

| K&L GATES LLP | REED & SCARDINO LLP |
|---|---|
| By: /s/ *Rick B. Williams w/permission* | By: /s/ *Daniel R. Scardino* |
| Roderick B. Williams | Daniel R. Scardino |
| 111 Congress Ave., Suite 900 | 301 Congress Avenue, Suite 1250 |
| Austin, TX 78701 | Austin, TX 78701 |
| Tel.: (512) 482-6800 | Tel. (512) 474-2449 |
| Fax: (512) 482-6859 | Fax (512) 474-2622 |
| rick.williams@klgates.com | dscardino@reedscardino.com |
| **ATTORNEYS FOR PLAINTIFF** **NOVATEL WIRELESS, INC. AND ENFORA, INC.** | **ATTORNEYS FOR PLAINTIFF** **EON CORP. IP HOLDINGS, LLC** |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 30th day of July 2013.

                                                */s/ Daniel R. Scardino*
                                               Daniel R. Scardino