UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC,<br>Plaintiff, | §<br>§<br>§<br>§ |
| v. | § Civil Action No. 6:11-cv-00317-LED-JDL<br>§<br>§ JURY TRIAL REQUESTED |
| LANDIS+GYR INC., et al.,<br>Defendants. | §<br>§ |

### ORDER GRANTING JOINT MOTION TO DISMISS
### WITH PREJUDICE AS TO ACLARA ONLY

COMES NOW EON Corp. IP Holdings, LLC ("EON") and Defendants Aclara Power-Line Systems Inc. and Aclara RF Systems Inc.'s ("Aclara") Joint Motion to Dismiss with Prejudice all claims asserted in this litigation against Aclara only. The Court, having reviewed the Motion, finds that the Motion should be, and hereby is GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that EON and Aclara's Joint Motion to Dismiss with Prejudice as to Aclara only is GRANTED.

IT IS FURTHER ORDERED THAT all parties shall bear their own attorney fees and costs.

So ORDERED and SIGNED this 13th day of August, 2013.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE