UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EON CORP. IP HOLDINGS, LLC, | § |
| Plaintiff, | § Civil Action No. 6:11-cv-00317-LED-JDL |
| v. | § |
| LANDIS+GYR, INC., et al. | § |
| Defendants. | § |

## JOINT MOTION TO DISMISS WITH PREJUDICE

EON Corp. IP Holdings, LLC, ("EON") and Itron, Inc. ("Itron") have amicably settled the claims by and between them. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of that one certain Settlement and License Agreement dated August 13, 2013, EON and Itron hereby jointly move the Court to dismiss with prejudice all claims asserted by and between EON and Itron in this litigation. Each party will bear its own costs and attorneys' fees.

Date: August 23, 2013.                                              Respectfully Submitted,

ANDREWS KURTH LLP                                                   REED & SCARDINO LLP

By: */s/ John McDowell*                                             By: */s/ Daniel R. Scardino*
    John McDowell                                                            Daniel R. Scardino
    1717 Main Street, Suite 3700                                             301 Congress Avenue, Suite 1250
    Dallas, TX 75201                                                         Austin, TX 78701
    Tel: (214) 659-4400                                                      Tel.: (512) 474-2449
    Fax: (214) 915-1434                                                      Fax: (512) 474-2622

**ATTORNEY FOR DEFENDANT ITRON, INC.**                              **ATTORNEY FOR PLAINTIFF EON CORP. IP HOLDINGS, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 23rd day of August, 2013.

>	*/s/ Daniel R. Scardino*
>	Daniel R. Scardino