UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | § | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:11-cv-00317-LED-JDL |
| v. | § | |
| | § | |
| LANDIS+GYR, INC., et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER

CAME ON THIS DAY for consideration of EON Corp. IP Holdings, LLC, ("EON") and Itron, Inc.'s ("Itron") Joint Motion to Dismiss With Prejudice all claims asserted by and between EON and Itron in this litigation. The Court, having reviewed the Motion, finds good cause that the motion should be GRANTED. It is therefore

ORDERED, ADJUDGED AND DECREED that EON and Itron's Joint Motion to Dismiss with Prejudice as to Itron only is GRANTED.

**So ORDERED and SIGNED this 26th day of August, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**