UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 6:11-cv-317-LED-JDL |
| | § | |
| | § | JURY TRIAL REQUESTED |
| LANDIS+GYR INC., et al., | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge has been presented for consideration (Doc. No. 366). The Magistrate Judge recommends denying Defendants'[1] Motion for Summary Judgment of Invalidity for Indefiniteness (Doc. No. 340). No objections have been filed. Having carefully considered the parties' arguments, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge as the findings of this Court.

Accordingly, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment be **DENIED**.

---

[1] The only remaining moving Defendant is Silver Spring Networks, Inc. Originally, the moving Defendants were Elster Solutions, LLC, EnergyICT, Inc., Elster Amco Water, LLC, Itron, Inc., Landis+Gyr Inc., Silver Spring Networks, Inc., and Trilliant Networks, Inc. (collectively "Defendants").

**So ORDERED and SIGNED this 9th day of September, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**