UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| LANDIS+GYR INC.; ACLARA POWER-LINE SYSTEMS INC.; ACLARA RF SYSTEMS INC.; ACLARA TECHNOLOGIES, LLC; ELSTER SOLUTIONS, LLC; ENERGYICT, INC.; ELSTER AMCO WATER, LLC; SILVER SPRING NETWORKS, INC.; ITRON, INC.; and TRILLIANT NETWORKS INC., | § § § § § § § § § § | Civil Action No. 6:11-cv-00317  JURY TRIAL REQUESTED |
| Defendants. | § § | |

**PLAINTIFF EON CORP. IP HOLDINGS, LLC'S AMENDED ANSWER
TO DEFENDANT SILVER SPRING NETWORKS, INC.'S COUNTERCLAIMS**

Plaintiff and counterclaim defendant EON Corp. IP Holdings, LLC ("EON") through undersigned counsel files this Answer to Defendant Silver Spring Networks, Inc.'s ("SSN") Amended Answer, Affirmative Defenses, and Counterclaims (Doc. No. 589) to EON's Third Amended Complaint as follows:

1.   EON admits that this purports to be an action for Declaratory Relief for which this Court has jurisdiction.  EON admits that it has submitted to personal jurisdiction and to venue in this District.  EON admits that venue for SSN's counterclaim is proper in this District.  EON denies that a California court would be a more convenient venue.

2.   EON admits the allegations contained in Paragraph 2.

3.   EON admits the allegations contained in Paragraph 3.

4.   EON admits the allegations contained in Paragraph 4.

5. EON admits that SSN denies infringement. EON denies SSN's allegations in Paragraph 5 that the patents-in-suit are invalid or unenforceable against SSN.

6. EON admits that an actual controversy exists between EON and SSN with respect to the patents-in-suit. EON denies that SSN is entitled to any relief.

### SSN'S FIRST COUNT
### (Declaration of Noninfringement)

7. EON restates its responses contained in the above Paragraphs 1 through 6 as if fully set forth herein. No further response is required to Paragraph 7.

8. EON admits the allegations contained in Paragraph 8.

9. EON admits the allegations contained in Paragraph 9.

10. EON denies the allegations contained in Paragraph 10.

11. EON denies the allegations contained in Paragraph 11.

### SSN'S SECOND COUNT
### (Declaration of Invalidity)

12. EON restates its responses contained in the above Paragraphs 1 through 11 as if fully set forth herein. No further response is required to Paragraph 12.

13. EON denies the allegations contained in Paragraph 13.

14. EON denies the allegations contained in Paragraph 14.

| | |
|---|---|
| Dated: May 31, 2014 | Respectfully Submitted,<br><br>*/s/ Daniel R. Scardino*<br>Daniel R. Scardino<br>Texas Bar No. 24033165<br>Cary Ferchill<br>Texas State Bar No. 06906900<br>Craig S. Jepson<br>Texas State Bar No. 24061364<br>Raymond W. Mort, III<br>Texas State Bar No. 00791308<br>C. Bentley Harris<br>Texas State Bar No. 24076428<br>REED & SCARDINO LLP<br>301 Congress Avenue, Suite 1250<br>Austin, TX 78701<br>Telephone:  512-474-2449<br>Fax:  512-474-2622<br>dscardino@reedscardino.com<br>cferchill@reedscardino.com<br>cjepson@reedscardino.com<br>rmort@reedscardino.com<br>bharris@reedscardino.com<br><br>Deron R. Dacus<br>Texas Bar No. 00790553<br>THE DACUS FIRM, P.C.<br>821 ESE Loop 323, Suite 430<br>Tyler, TX  75701<br>Tel. & Fax: (903) 705-1117<br>ddacus@dacusfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**EON CORP. IP HOLDINGS, LLC** |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2014, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, May 31, 2014.

*/s/ C. Bentley Harris*
C. Bentley Harris