UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff | § | Civil Action No. 6:11-cv-00317-JDL |
| | § | |
| v. | § | JURY TRIAL REQUESTED |
| | § | |
| LANDIS+GYR, INC., et al. | § | |
| | § | |
| Defendant. | § | |
| | § | |

**DEFENDANT SILVER SPRING'S FIFTH AMENDED TRIAL EXHIBIT LIST**

| Presiding Judge:<br>**JOHN D. LOVE** | **Plaintiff's Attorney(s):**<br><br>Deron R. Dacus<br>The Dacus Firm, P.C.<br>821 ESE Loop 323, Suite 430<br>Tyler, TX  75701<br>Tel. & Fax: (903) 705-1117<br>ddacus@dacusfirm.com | **Defendant's Attorneys:**<br><br>S. Calvin Capshaw, III<br>Elizabeth L. DeRieux<br>D. Jeffrey Rambin<br>Capshaw Derieux, LLP<br>114 E. Commerce Street<br>Gladewater, TX  75647<br>ccapshaw@capshawlaw.com<br>ederieux@capshawlaw.com<br>jrambin@capshawlaw.com |

| | **Plaintiff's Attorney(s):** | **Defendant's Attorneys:** |
|---|---|---|
| | Daniel R. Scardino<br>Cary Ferchill<br>Craig S. Jepson<br>Raymond W. Mort, III<br>Bentley Harris<br>REED & SCARDINO LLP<br>301 Congress Avenue, Suite 1250<br>Austin, TX 78701<br>dscardino@reedscardino.com<br>cferchill@reedscardino.com<br>cjepson@reedscardino.com<br>rmort@reedscardino.com<br>bharris@reedscardino.com | Robert Kramer<br>Bonnie Lau<br>C. Gideon Korrell<br>Dentons US, LLP<br>1530 Page Mill Road, Suite 200<br>Palo Alto, CA  94304<br>robert.kramer@dentons.com<br>bonnie.lau@dentons.com<br>gideon.korrell@dentons.com<br><br>C. Michael Moore<br>Texas State Bar No. 14323600<br>DENTONS US, LLP<br>2000 McKinney Avenue. Suite 1900<br>Dallas, TX 75201<br>Tel: (214) 259-0900<br>Fax: (214) 259-0910<br>mike.moore@dentons.com<br><br>Alan Hodes<br>CA Bar No. 166187 (admitted E.D. Tex.)<br>SILVER SPRING NETWORKS, INC.<br>555 Broadway Street<br>Redwood City, CA 94063<br>ahodes@silverspringnet.com |
| **Trial / Hearing Date(s):**<br>June 2, 2014 | **Court Reporter:**<br>Jan Mason | **Courtroom Deputy:**<br>Mechele Morris |

*\* Categories: (A) Will Use; (B) May Use; (C) Probably Won't Use*

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | [withdrawn] | | | | | | | | | | |
| **2** | **TV Answer Business Document** | **EON-0030987 - EON-0030994** | **B** | | | | | **FRE 402, 403** | **X** | | |
| 3 | Comments of TV Answer, Inc. to the FCC | EON-0021646 - EON-0021698 | B | | | | | FRE 402, 403 | X | | |
| 4 | EON Petition for Rulemaking to the FCC | EON-0026657 - EON-0026681 | B | | | | | FRE 402, 403 | X | | |
| 5 | [withdrawn] | | | | | | | | | | |
| 6 | [withdrawn] | EON-0044910 - EON-0044911 | B | | | | | | | | |
| 7 | [withdrawn] | EON-0044248 - EON-0044251 | B | | | | | | | | |
| 8 | [withdrawn] | | | | | | | | | | |
| **9** | **TV Answer Engineering Department, "Milliwatt Strategy"** | **EON-TMO 99 - EON-TMO 110** | **B** | | | | | | | | |
| 10 | [withdrawn] | EON-0041579 - EON-0041581 | B | | | | | | | | |
| 11 | [withdrawn] | EON-0041624 | B | | | | | | | | |
| 12 | [withdrawn] | EON-TMO 111 - EON-TMO 114 | B | | | | | | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Digital Media Article, "Metricom- Forging a New Wireless World?" | EON-0039594 - EON-0039597 | B | | | | | FRE 402, 403, 802 | X | | |
| 14 | Email from M.Sheridan  (Dinkins Dep. 6/20/13 Exh.14) | EON-0039590 - EON-0039593 | B | | | | | FRE 402, 403 | X | | |
| 15 | [withdrawn] | EON-0001150 - EON-0001176 | B | | | | | | | | |
| 16 | [withdrawn] | EON-0080566 - EON-0080575 | B | | | | | | | | |
| 17 | [withdrawn]" | EON-0080604 - EON-0080628 | B | | | | | | | | |
| 18 | [withdrawn] | EON-0002911 - EON-0002966 | B | | | | | | | | |
| 19 | [withdrawn] | EON-0000984 - EON-0001009 | B | | | | | | | | |
| 20 | 7/24/2008 Dinkins Consulting Agreement with Jackson Walker LLP | EON-0147987 - EON-0147988 | B | | | | | | | | |
| 21 | 3/1/2010 - Dinkins consulting agreement with Reed & Scardino LLP | EON-0188321 - EON-0188322 | B | | | | | | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | **5/11/2011 - Dinkins consulting agreement with Reed & Scardino LLP** | **EON-0188323 - EON-0188324** | **B** | | | | | | | | |
| 23 | **Dinkins Timeline Notes** | **EON-0080070** | **B** | | | | | | | | |
| 24 | **EON Consumer Wireless Network Product Plan** | **EON-TMO 155 - EON-TMO 514** | **B** | | | | | | | | |
| 25 | [withdrawn] | EON-0001091 - EON-0001094 | B | | | | | | | | |
| 26 | [withdrawn - EON responses to interrogatories] | | | | | | | | | | |
| 27 | [withdrawn] | | | | | | | | | | |
| 28 | [withdrawn] | | | | | | | | | | |
| 29 | [withdrawn] | | | | | | | | | | |
| 30 | [withdrawn] | | | | | | | | | | |
| 31 | [withdrawn- EON response to SSN's 1st set of interrogatories] | | | | | | | | | | |
| 32 | [withdrawn] | | | | | | | | | | |
| 33 | [withdrawn - EON supplemental response to SSN's 1st set of interrogatories] | | | | | | | | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | [withdrawn] | | | | | | | | | | |
| 35 | [withdrawn] | | | | | | | | | | |
| 36 | [withdrawn] | | | | | | | | | | |
| 37 | [withdrawn] | | | | | | | | | | |
| 38 | [withdrawn] | | | | | | | | | | |
| 39 | [withdrawn] | | | | | | | | | | |
| 40 | [withdrawn] | | | | | | | | | | |
| 41 | [withdrawn] | | | | | | | | | | |
| 42 | [withdrawn] | | | | | | | | | | |
| 43 | [withdrawn] | | | | | | | | | | |
| 44 | [withdrawn] | | | | | | | | | | |
| 45 | [withdrawn] | | | | | | | | | | |
| 46 | [withdrawn] | | | | | | | | | | |
| 47 | [withdrawn] | | | | | | | | | | |
| 48 | [withdrawn] | | | | | | | | | | |
| 49 | [withdrawn] | | | | | | | | | | |
| 50 | [withdrawn] | | | | | | | | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | Master Agreement between Silver Spring Networks and General Electric Co. | SSN_EON_0912656 - SSN_EON_0912734 | B | | | | | | | | |
| 52 | AMI Module and AMI-Enabled Meter Sales and License Agreement between Silver Spring Networks and Landis+Gyr | SSN_EON_0917115 - SSN_EON_0917140 | B | | | | | | | | |
| 53 | Silver Spring Networks Presentation, "Vision from the CMO - Market Positioning and New Opportunities" | SSN_EON_0870367 - SSN_EON_0870392 | B | | | | | | | | |
| 54 | Prospectus (Dresselhuys Deposition Exh. 4) | No bates | B | | | | | | | | |
| 55 | [not used; duplicate of other exhibit] | | | | | | | | | | |
| 56 | "Silver Spring Security Model Overview" | SSN_EON_0879782 - SSN_EON_0879801 | B | | | | | | | | |
| 57 | "Security Overview - Product Details - Spring 2011" | SSN_EON_0879822 - SSN_EON_0879838 | B | | | | | | | | |
| 58 | "Silver Spring Networks Security Overview " | SSN_EON_0111914 - SSN_EON_0111924 | B | | | | | | | | |
| 59 | [withdrawn] | | | | | | | | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | Market Report, "2010 U.S. Smart Grid Vendor Ecosystem" | SSN_EON_1091582 - SSN_EON_1091675 | B | | | | | | | | |
| 61 | Silver Spring Networks "GEN4 Sales Guide" | SSN_EON_0872136 - SSN_EON_0872154 | B | | | | | | | | |
| 62 | Silver Spring Networks "Solution Overview - Advanced Metering" | SSN_EON_00000325 - SSN_EON_00000334 | B | | | | | | | | |
| 63 | "Silver Spring -- Smart Grid Cyber Security Overview" | SSN_EON_0975936 - SSN_EON_0975940 | B | | | | | | | | |
| 64 | Silver Spring Networks Presentation, "The Complete Smart Grid Solution" | SSN_EON_0232332 - SSN_EON_0232374 | B | | | | | | | | |
| 65 | White Paper, "Silver Spring Networks - Smart Grid Security - - Myths vs. Reality" | SSN_EON_0881774 - SSN_EON_0881781 | B | | | | | | | | |
| 66 | Silver Spring Networks White Paper, "What to Look For in a Smart Grid Provider" | SSN_EON_0881855 - SSN_EON_0881878 | B | | | | | | | | |
| 67 | Silver Spring Networks White Paper, "Why Unlicensed Spectrum Dominates the Smart Grid" | Silver Springs Public 000011 - Silver Springs Public 000018 | B | | | | | | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | Silver Spring Networks, "SSN System Architecture Review" | SSN_EON_1046348 - SSN_EON_1046370 | B | | | | | | | | |
| 69 | Silver Spring Networks, "Mesh Formation" | SSN_EON_0103090 - SSN_EON_0103121 | B | | | | | | | | |
| 70 | Silver Spring Networks Smart Grid Strategy: Company and Solutions Overview | SSN_EON_0705416 - SSN_EON_0705455 | B | | | | | | | | |
| 71 | Advanced Metering Infrastructure Solution - Request for Information Response | SSN_EON_0714740 - SSN_EON_0714988 | B | | | | | | | | |
| 72 | Silver Spring Networks Presentation, "Concept Commit: SSN Water AMI" | SSN_EON_0847814 - SSN_EON_0847838 | B | | | | | | | | |
| 73 | Silver Spring Networks White Paper, "Smart Grid Standards" | SSN_EON_1083933 - SSN_EON_1083948 | B | | | | | | | | |
| 74 | Silver Spring Networks Technical Document, "MFE Specification" | SSN_EON_0059225 - SSN_EON_0059251 | B | | | | | FRE 402, 403, 802 | X | | |
| 75 | Silver Spring Networks Product Information, "Deployment Options" | SSN_EON_0911216 | B | | | | | | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 76 | **Silver Spring Networks White Paper, "Why Unlicensed Spectrum Dominates the Smart Grid"** | **SSN_EON_0881790 - SSN_EON_0881797** | **B** | | | | | | | | |
| 77 | **Silver Spring Networks Product Information, "Intelligent Endpoint RFID Module"** | **SSN_EON_0549920 - SSN_EON_0549924** | **B** | | | | | | | | |
| 78 | **Silver Spring Networks Product Test Report: AS:4268:2008** | **SSN_EON_0530064 - SSN_EON_0530131** | **B** | | | | | | | | |
| 79 | **"Mesh Networking Dynamics - SSN Response"** | **SSN_EON_0158345 - SSN_EON_0158358** | **B** | | | | | | | | |
| 80 | **Silver Spring Product Data Sheet, "Relay"** | **SSN_EON_0368890 - SSN_EON_0368891** | **B** | | | | | | | | |
| 81 | **Silver Spring Networks Presentation, "Smart Grid Business Case Benchmarks and Drivers"** | **SSN_EON_1070386 - SSN_EON_1070478** | **B** | | | | | | | | |
| 82 | **Silver Spring Networks, "UtilOS v.2.8.1 AMI Release Notes"** | **SSN_EON_0909034 - SSN_EON_0909056** | **B** | | | | | | | | |
| 83 | [withdrawn] | | | | | | | | | | |
| 84 | **SLCBroadcastTestPlan** | **SSN_EON_0804426 - SSN_EON_0804757** | **B** | | | | | | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | Silver Spring Networks and General Electric Co.'s "Sourcing Agreement" | SSN_EON_0913102 - SSN_EON_0913152 | B | | | | | | | | |
| 86 | [withdrawn] | | | | | | | | | | |
| 87 | [withdrawn] | | | | | | | | | | |
| 88 | [withdrawn] | | | | | | | | | | |
| 89 | [withdrawn] | | | | | | | | | | |
| 90 | Silver Spring Networks Presentation, "Introduction to Mesh Routing" | SSN_EON_0598985 - SSN_EON_0599016 | B | | | | | | | | |
| 91 | Silver Spring Networks Presentation, "Network Overview" | SSN_EON_00000300 - SSN_EON_00000324 | B | | | | | | | | |
| 92 | Silver Spring Networks, "Mesh Network Overview *Proposed*" | SSN_EON_0102921 - SSN_EON_0102929 | B | | | | | | | | |
| 93 | [withdrawn] | | | | | | | | | | |
| 94 | [withdrawn] | | | | | | | | | | |
| 95 | "PHSS PHY/MAC/DLL FORMAT," Flammer Depo. Exh. 33 | SSN_EON_0007465 - SSN_EON_0007512 | B | | | | | | | | |
| 96 | "UtilOS Theory of Operations," Flammer Depo Exh. 32 | SSN_EON_0903094 - SSN_EON_0903106 | B | | | | | | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | IEEE Standard 802.15.4g, Part 15.4 | SSN_EON_0417728 - SSN_EON_0417985 | B | | | | | | | | |
| 98 | Graphic entitled "Silver Spring Message Bus," Reeves Depo. Exh. 13 | No bates | B | | | | | | | | |
| 99 | Silver Spring Networks Webpage Excerpt, Network Infrastructure" (Reeves Depo. Exh. 14) | No bates | B | | | | | | | | |
| 100 | Silver Spring Networks Webpage Excerpt, "Access Points" (Reeves Depo. Exh. 15) | No bates | B | | | | | | | | |
| 101 | Silver Spring Networks Webpage Excerpt, "Relays" (Reeves Depo. Exh. 16) | No bates | B | | | | | | | | |
| 102 | Silver Spring Networks Webpage Excerpt, "Range Extenders" (Reeves Depo. Exh. 18) | No bates | B | | | | | | | | |
| 103 | www.digi.com, Webpage Excerpt, "Overview" (Reeves Depo. Exh. 19) | No bates | B | | | | | | | | |
| 104 | Silver Spring Networks Webpage Excerpt, "Gas Meters" (Reeves Depo. Exh. 20) | No bates | B | | | | | | | | |

12

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 105 | Silver Spring Networks Webpage Excerpt, "Metering Devices" (Reeves Depo. Exh. 21) | No bates | B | | | | | | | | |
| 106 | Silver Spring Networks Webpage Excerpt, "In-Home Devices" (Reeves Depo. Exh. 22) | No bates | B | | | | | | | | |
| 107 | Silver Spring Networks Webpage Excerpt, "Gen4 Technology" (Reeves Depo. Exh. 23) | No bates | B | | | | | | | | |
| 108 | Silver Spring Networks Webpage Excerpt, "Utility Operations" (Reeves Depo. Exh. 24) | No bates | B | | | | | | | | |
| 109 | Silver Spring Networks Webpage Excerpt, "Hosting Choices" (Reeves Depo. Exh. 25) | No bates | B | | | | | | | | |
| 110 | Silver Spring Networks Webpage Excerpt, "Demand Response" (Reeves Depo. Exh. 26) | No bates | B | | | | | | | | |
| 111 | Silver Spring Networks Webpage Excerpt, "Installation Support" (Reeves Depo Exh. 27) | No bates | B | | | | | | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 112 | Silver Spring Networks Webpage Excerpt, "GridScape Management" (Reeves Depo. Exh. 28) | No bates | B | | | | | | | | |
| 113 | Silver Spring Networks Webpage Excerpt, "Monitoring and Maintenance" (Reeves Depo. Exh. 29) | No bates | B | | | | | | | | |
| 114 | Silver Spring Product Data Sheet, "Access Points" | SSN_EON_00000045 - SSN_EON_00000046 | B | | | | | | | | |
| 115 | Silver Spring Product Data Sheet, "Communications Module for Electricity Meters" | SSN_EON_00000049 - SSN_EON_00000051 | B | | | | | | | | |
| 116 | Silver Spring Product Data Sheet, "Relay -- Extending Signal Reach Across the Smart Grid" | SSN_EON_00000071 | B | | | | | | | | |
| 117 | Silver Spring Product Data Sheet, "UtilityIQ Applications" | SSN_EON_00000077 - SSN_EON_00000078 | B | | | | | | | | |
| 118 | Silver Spring Sales Presentation, "The Platform for the Smart Grid" | SSN_EON_00000080 - SSN_EON_00000128 | B | | | | | | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 119 | **Silver Spring Application Note, "UtilOS Theory of Operations"** | **SSN_EON_00000391 - SSN_EON_00000403** | **B** | | | | | | | | |
| 120 | **Flammer European Patent Application, Pub. No. 0450382A2** | **SSN_EON_1189283 - SSN_EON_1189427** | **B** | | | **X** | | **FRE 402, 403, 802** | | | |
| 121 | [withdrawn] | | | | | | | | | | |
| 122 | [withdrawn] | | | | | | | | | | |
| 123 | [withdrawn] | | | | | | | | | | |
| 124 | [withdrawn] | | | | | | | | | | |
| 125 | **Flammer, Metricom U.S. Patent 5,079,768** | **SSN_EON_0924708 - SSN_EON_0924856** | **A** | | | | | **FRE 402, 403, 802** | **X** | | |
| 126 | [withdrawn] | | | | | | | | | | |
| 127 | [withdrawn] | | | | | | | | | | |
| 128 | [withdrawn] | | | | | | | | | | |
| 129 | [withdrawn] | | | | | | | | | | |
| 130 | [withdrawn] | | | | | | | | | | |
| 131 | [withdrawn] | | | | | | | | | | |
| 132 | [withdrawn] | | | | | | | | | | |
| 133 | [withdrawn] | | | | | | | | | | |
| 134 | [withdrawn] | | | | | | | | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 135 | [withdrawn] | | | | | | | | | | |
| 136 | [withdrawn] | | | | | | | | | | |
| 137 | [withdrawn] | | | | | | | | | | |
| 138 | [withdrawn] | | | | | | | | | | |
| 139 | [withdrawn] | | | | | | | | | | |
| 140 | [withdrawn] | | | | | | | | | | |
| 141 | [withdrawn] | | | | | | | | | | |
| 142 | [withdrawn] | | | | | | | | | | |
| 143 | [withdrawn] | | | | | | | | | | |
| 144 | [withdrawn] | | | | | | | | | | |
| 145 | [withdrawn] | | | | | | | | | | |
| **146** | **DVD labeled, "SCE Video Presents: NetComm"[1]** | **SSN_SC_00000001** | **A** | | | | | **FRE 402, 403, 802** | **X** | | |
| **147** | **DVD labeled, "Net Comm"** | **SSN_SC_00000002** | **A** | | | | **X** | **FRE 402, 403, 802** | | | |
| 148 | [withdrawn] | | | | | | | | | | |
| 149 | [withdrawn] | | | | | | | | | | |

[1] Exhs. 146-147, 150-155. The Court "tentatively sustained" based on relevance.  Order, Dkt. No 586 at page 2.  Silver Spring permitted to approach the Court to seek permission to admit into evidence.

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 150 | DVD labeled, "Net Comm, March 15-17, [1988], disc 1 of 2"[2] | SSN_SC_00000005 | A | | | | X | FRE 402, 403, 802 | | | |
| 151 | DVD labeled, "Net Comm, March 15-17, [1988], disc 2 of 2" | SSN_SC_00000006 | A | | | | X | FRE 402, 403, 802 | | | |
| 152 | DVD labeled, "Net Comm / March 17-April 25, 1988, disc 1 of 2" | SSN_SC_00000009 | A | | | | X | FRE 402, 403, 802 | | | |
| 153 | DVD labeled, "Net Comm / March 17-April 25, 1988, disc 2 of 2" | SSN_SC_00000010 | A | | | | X | FRE 402, 403, 802 | | | |
| 154 | DVD labeled, "'Netcom 102' April 25 - May 13, 1988" | SSN_SC_00000011 | A | | | | X | FRE 402, 403, 802 | | | |
| 155 | DVD labeled, "Net Comm, 6/19/88,  Moving in the new meters" | SSN_SC_00000012 | A | | | | X | FRE 402, 403, 802 | | | |
| 156 | Thrower, U.S. Patent No. 4,748,655 | No bates | A | | | | | | | | |
| 157 | Inglis, "Electronic Communications Handbook" | NVTL_EON_0004284 - NVTL_EON_0004595 | B | | | | | | | | |

---

[2] Exhs. 150-151 Date mislabeled as 1998; the year should be 1988, subject to confirmation.

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 158 | **Schellinger, U.S. Patent No. 5,260,988** | **No bates** | **A** | | | | | | | | |
| 159 | **In the Matter of Mobile Telecommunication Technologies Corporation, Petition for Rulemaking** | **NVTL_EON_0003358 - NVTL_EON_003459** | **A** | | | | | | | | |
| 160 | **Zicker, U.S. Patent No. 5,594,782** | **No bates** | **A** | | | | | | | | |
| 161 | [withdrawn] | No bates | B | | | | | FRE 402, 403 | | | |
| 162 | [withdrawn] | No bates | B | | | | | FRE 402, 403 | | | |
| 163 | [withdrawn] | 317DEFS_00001058 - 317DEFS_00001069 | B | | | | | FRE 402, 403 | | | |
| 164 | **Mouly, book titled "The GSM System for Mobile Communications"** | **NVTL_EON_0005114 - NVTL_EON_0005800** | **A** | | | | | | | | |
| 165 | **Moulder, "DECT, A Universal Cordless Access System"** | **NVTL_EON_0005802 - NVTL_EON_0005808** | **A** | | | | | | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 166 | Signal Article | 317DEFS_00000428 - 317DEFS_00000432 | A | | | | | | | | |
| 167 | Carlisle, IEEE Conf. Paper, "Edison's NetComm Project" | 317DEFS_00000001 - 317DEFS_00000005 | A | | | | | | | | |
| 168 | Carlisle, Presentation to the UTC, "Southern California Edison's NetComm Communications System"[3] | 317DEFS_00000433 - 317DEFS_00000452 | A | | | | | | X | | |
| 169 | Article, "SCE's Research and Development Project will Improve Service" | 317DEFS_00000453 - 317DEFS_00000455 | A | | | X | | FRE 802 | | | |
| 170 | Article, "Utilities Glow Over Meter Network Tests" | 317DEFS_00000489 - 317DEFS_00000491 | A | | | X | | FRE 802 | | | |
| 171 | Article, "Meter Nets May Change Utility Bills" | 317DEFS_00000492 - 317DEFS_00000494 | A | | | X | | FRE 802 | | | |
| 172 | [withdrawn] | | | | | | | | | | |

---

[3] EON withdrew objection at pretrial conference. See Court's Order, Dkt. No. 586 at page 2, and pertrial hearing 5/21/14 transcript at 49:20-24.

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 173 | Metricom,  "Radio Theory of Operations" v.410 | SCE002427 - SCE002490 | A | | | X | | FRE 402, 403, 802 | | | |
| 174 | Metricom, "Radio Theory of Operations" v.411 | SCE002491 - SCE002566 | A | | | X | | FRE 402, 403, 802 | | | |
| 175 | SCE Research Newsletter Article, "Edison's New Research Focus - The Customer" | SCE000587 - SCE000594 (same as 317DEFS_00000613 - 317DEFS_00000620; SSN_SC_00000355-SSN_SC_00000362) | A | | | X | | FRE 402, 403, 802 | | | |
| 176 | SCE Research Newsletter, Article, "NetComm Project Passes First Major Milestone" | SCE000595 - SCE000602 (same as 317DEFS_00000621 - 317DEFS_00000622; SSN_SC_00000267-SSN_SC_00000274) | A | | | X | | FRE 402, 403, 802 | | | |
| 177 | SCE Research Newsletter, Article, "New Research Center Supplies Advanced Electrical and Communication Systems" | SCE000619 - SCE000622 (same as 317DEFS_00000623 - 317DEFS_00000626; SSN_SC_00000247-SSN_SC_00000250) | A | | | X | | FRE 402, 403, 802 | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 178 | SCE Research Newsletter, Article, "Edison Research: Making the Future Work" | **SCE000639 - SCE000650 (same as 317DEFS_00000627 - 317DEFS_00000629; SSN_SC_00000???- SSN_SC_00000???)** | **A** | | | X | | **FRE 402, 403, 802** | | | |
| 179 | SCE Research Newsletter, Article, "Helping Customers Reduce Pollutants" | **SCE000623 - SCE000630 (same as 317DEFS_00000630 - 317DEFS_00000637)** | **A** | | | X | | **FRE 402, 403, 802** | | | |
| 180 | [withdrawn] | SCE000603 - SCE000610 (same as 317DEFS_00000638 - 317DEFS_00000641; SSN_SC_00000259- SSN_SC_00000266 ) | A | | | | | FRE 402, 403, 802 | | | |
| 181 | SCE Research Newsletter, Article, "NetComm Matures as Advanced Communication and Metering System" | **SCE000631 - SCE000638 (same as 317DEFS_00000642 - 317DEFS_00000649; SSN_SC_00000239- SSN_SC_00000246 )** | **A** | | | | | **FRE 402, 403, 802** | X | | |

21

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 182 | **SCE Research Newsletter, Special Issue on NetComm, "NetComm - Origins, Progress, Plans for the Future"** | **SCE000611 - SCE000618 (same as 317DEFS_00000650 - 317DEFS_00000657; SSN_SC_00000377- SSN_SC_00000384)** | A | | | | | **FRE 402, 403, 802** | X | | |
| 183 | **Southern California Edison, "NetComm Reference Manual"** | **SCE000371 - SCE000448** | A | | | X | | **FRE 402, 403, 802** | | | |
| 184 | **Southern California Edison, "NetComm Project Final Report"** | **SCE000449 - SCE000504** | A | | | | | **FRE 402, 403, 802** | X | | |
| 185 | **Metricom, Inc., Proposal for Purchase Order to Southern California Edison** | **SCE002827 - SCE002874** | A | | | X | | **FRE 402, 403, 802** | | | |
| 186 | [withdrawn] | | | | | | | | | | |
| 187 | [withdrawn] | | | | | | | | | | |
| 188 | [withdrawn] | | | | | | | | | | |
| 189 | [withdrawn] | | | | | | | | | | |
| 190 | [withdrawn] | | | | | | | | | | |
| 191 | [withdrawn] | | | | | | | | | | |
| 192 | [withdrawn] | | | | | | | | | | |

22

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 193 | [withdrawn] | | | | | | | | | | |
| 194 | [withdrawn] | | | | | | | | | | |
| 195 | [withdrawn] | | | | | | | | | | |
| 196 | [withdrawn] | | | | | | | | | | |
| 197 | **Patent License and Settlement Agreement between EON Corp. IP Holdings, EON Corp. and SmartSynch, Inc** | **EON-0064497 - EON-0064518** | **B** | | | | | | | | |
| 198 | **Settlement Agreement between EON Corp. IP Holdings, EON Corp. and Advanced Metering Data Systems** | **EON-0064305 - EON-0064317** | **B** | | | | | | | | |
| 199 | **Settlement and Patent License Agreement between EON Corp. IP Holdings and Sensus USA** | **EON-0064462 - EON-0064496** | **B** | | | | | | | | |
| 200 | **License and Settlement Agreement between EON Corp IP Holdings, EON Corp. and Elster Solutions, EnergyICT and Elster AMCO Water** | **EON-0196140 - EON-0196160** | **B** | | | | | | | | |
| 201 | **Settlement and Patent License Agreement between EON Corp. IP Holdings and Trilliant** | **EON-0196161 - EON-0196187** | **B** | | | | | | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 202 | Settlement and Patent License Agreement between EON Corp. IP Holdings and Aclara | EON-0196574 - EON-0196603 | B | | | | | | | | |
| 203 | Settlement and Patent License Agreement between EON Corp. IP Holdings and Landis+Gyr | EON-0196604 - EON-0196639 | B | | | | | | | | |
| 204 | Settlement and Patent License Agreement between EON Corp., EON Corp. IP Holdings and Itron | EON-0196640 - EON-0196666 | B | | | | | | | | |
| 205 | Ar Caron & Associates Proposition Letter regarding U.S. market opportunity | EON-0001417 - EON-0001480 | B | | | | | | | | |
| 206 | EON Corporation Confidential Offering 1996 | EON-0012841 - EON-0012882 | B | | | | | | | | |
| 207 | Valuation Analysis of EON Corporation | EON-0013811 - EON-0013865 | B | | | | | FRE 402, 802 [subject to MIL] | X | | |
| 208 | [withdrawn] | EON-0013866 - EON-0013933 | B | | | | | | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 209 | EON Reorganization Plan | EON-0058669 - EON-0058712 | B | | | | | FRE 402, 802 [subject to MIL] | X | | |
| 210 | Silver Spring Networks "Financial Planning & Analysis" Chart | SSN_EON_1070234 A | B | | | | | | | | |
| 211 | Silver Spring Networks "Private Placement - Management Presentation" | SSN_EON_0143499 - SSN_EON_0143629 | B | | | | | | | | |
| 212 | Silver Spring Networks "Financial Planning & Analysis" Chart | SSN_EON_0929386 | B | | | | | | | | |
| 213 | Industry Report, Spreadsheet "The Scott Report:  AMR Deployments in North America" | No bates | B | | | | | | | | |
| 214 | Industry Report, Spreadsheet "The Scott Report Overall Summary" | No bates | B | | | | | | | | |
| 215 | [withdrawn] | SSN_EON_0919217 - SSN_EON_0919438 | B | | | | | FRE 402, 403, 802 | | | |
| 216 | [withdrawn] | SSN_EON_0923784 - SSN_EON_0924027 | B | | | | | FRE 402, 403, 802 | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 217 | [withdrawn] | No bates | B | | | | | FRE 402, 403, 802 | | | |
| 218 | [withdrawn] | | | | | | | | | | |
| 219 | [withdrawn] | | | | | | | | | | |
| 220 | [withdrawn] | | | | | | | | | | |
| 221 | [withdrawn] | | | | | | | | | | |
| 222 | [withdrawn] | | | | | | | | | | |
| 223 | [withdrawn] | | | | | | | | | | |
| 224 | [withdrawn] | | | | | | | | | | |
| 225 | [withdrawn] | | | | | | | | | | |
| 226 | [withdrawn] | | | | | | | | | | |
| 227 | [withdrawn] | | | | | | | | | | |
| 228 | [withdrawn] | | | | | | | | | | |
| 229 | [withdrawn] | | | | | | | | | | |
| 230 | [withdrawn] | | | | | | | | | | |
| 231 | [withdrawn] | | | | | | | | | | |
| 232 | [withdrawn] | | | | | | | | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 233 | Webpage excerpt, "About SmartGrid.gov" http://www.smartgrid.gov /about_smartgridgov[4] | No bates | B | | | | | | | | |
| 234 | U.S. Department of Energy brochure entitled, "The Smart Grid:  An Introduction" | No bates | B | | | | | | | | |
| 235 | Silver Spring Networks Presentation, "AMI Competitive Overview" | SSN_EON_0851131 - SSN_EON_0851149 | B | | | | | | | | |
| 236 | EMS Technologies and Silver Spring Networks, Patent License and Settlement Agreement | SSN_EON_0930523 - SSN_EON_0930537 | B | | | | | | | | |
| 237 | Mesh Comm and Silver Spring Networks, Patent License and Settlement Agreement | SSN_EON_0930538 - SSN_EON_0930558 | B | | | | | | | | |
| 238 | SIPCO and Silver Spring Networks, Settlement and Patent Licensing Agreement | SSN_EON_1188021 - SSN_EON_1188047 | B | | | | | | | | |

---

[4] Exhs. 243-248 tentatively sustained on relevance.  Counsel will have to approach to ask to get them in.

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 239 | Silver Spring Networks Spreadsheet, "EON- Quantity by Product 2006-2013" | SSN_EON_1070256 | B | | | | | | | | |
| 240 | Silver Spring Networks Spreadsheet, "NIC and Meter transactions" | SSN_EON_1189748 | B | | | | | | | | |
| 241 | EON Corp. IP Holdings Certificate of Filing with the Texas Secretary of State | EON-0144364 – EON-0144379 | B | | | | | | | | |
| 242 | Exclusive License between EON Corp. and EON  Corp. IP Holdings | EON-0144380 – EON-0144384 | B | | | | | | | | |
| 243 | Photograph of Paul Baran receiving the National Medal of Technology and Innovation from President Bush | SSN_EON_1190107 | B | | | | X | FRE 402, 403, 802 | | | |
| 244 | Article, "Internet Pioneer Paul Baran Dies in Calif. At 84" | SSN_EON_1190108 - SSN_EON_1190110 | B | | | | X | FRE 402, 403, 802 | | | |
| 245 | Office Action dated 8/7/09, in Patent Reexamination Application No. 90/010,382 | EON-TMO_9462 – EON-TMO_9490 | B | | | | | | | | |
| 246 | Office Action dated 8/7/09, in Patent Reexamination Application No. 90/010,383 | EON-TMO_30913 – EON-TMO_30942 | B | | | | | | | | |

| DEF EX. NO. | DESCRIPTION | BEGINNING BATES NO. | Category | Marked | Offered | Deferred | Sustained | Objection | Objection Overruled | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 247 | **IDS Submission dated 6/18/09  in Patent Reexamination Application 90/010,382** | **EON-TMO_9635 - EON-TMO_19918** | B | | | | | | | | |
| 248 | **IDS Submission dated 6/18/09  in Patent Reexamination Application 90/010,383** | **EON-TMO_31003 - EON-TMO_41312** | B | | | | | | | | |
| 249 | [withdrawn] | | | | | | | | | | |
| 250 | [withdrawn] | | | | | | | | | | |

*/s/ Robert Kramer*
Robert F. Kramer
CA Bar No. 181706 (admitted E.D. Tex.)
Bonnie Lau
CA Bar No. 246188 (admitted pro hac vice)
C. Gideon Korrell
CA Bar No. 284890 (admitted E.D.Tex.)
DENTONS US LLP
1530 Page Mill Road
Palo Alto, California 94304
Telephone (650) 798-0356
Facsimile (415) 798-0310
robert.kramer@dentons.com
bonnie.lau@dentons.com
gideon.korrell@dentons.com

C. Michael Moore
Texas State Bar No. 14323600
DENTONS US, LLP
2000 McKinney Avenue. Suite 1900
Dallas, TX 75201
Tel: (214) 259-0900
Fax: (214) 259-0910
mike.moore@dentons.com

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
CAPSHAW DERIEUX, LLP
114 East Commerce Avenue
Gladewater, TX  75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Alan Hodes
CA Bar No. 166187 (admitted E.D. Tex.)
SILVER SPRING NETWORKS, INC.
555 Broadway Street
Redwood City, CA 94063
ahodes@silverspringnet.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2014, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court.  The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Robert Kramer*

82334036\V-1