UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EON CORP. IP HOLDINGS, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:11-cv-00317-JDL |
| SILVER SPRING NETWORKS, INC. | § § | JURY TRIAL REQUESTED |
| Defendant. | § § § | |

## JURY VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Jury Charge.

## Question 1: Direct Infringement

Did EON prove by a preponderance of the evidence that Silver Spring Networks directly infringed any of the claims of the patents listed below?

Answer "Yes" or "No" as to each claim:

### U.S. Patent No. 5,388,101

Claim 1:    Yes ___    No ✓
Claim 9:    Yes ___    No ✓
Claim 19:   Yes ✓      No ___
Claim 20:   Yes ✓      No ___

### U.S. Patent No. 5,481,546

Claim 1:    Yes ___    No ✓
Claim 2:    Yes ___    No ✓
Claim 3:    Yes ✓      No ___
Claim 5:    Yes ___    No ✓

### U.S. Patent No. 5,592,491

Claim 1:    Yes ✓      No ___
Claim 2:    Yes ✓      No ___
Claim 5:    Yes ___    No ✓
Claim 7:    Yes ___    No ✓

**Go on to Question 2.**

### Question 2: Invalidity

Did Silver Spring Networks prove by clear and convincing evidence that any of the claims of the patents listed below are invalid?

**Answer "Yes" or "No" as to each claim:**

#### U.S. Patent No. 5,388,101

Claim 1:   Yes ___   No ✓

#### U.S. Patent No. 5,481,546

Claim 1:   Yes ___   No ✓
Claim 2:   Yes ___   No ✓
Claim 3:   Yes ___   No ✓
Claim 5:   Yes ___   No ✓

#### U.S. Patent No. 5,592,491

Claim 5:   Yes ___   No ✓
Claim 7:   Yes ___   No ✓

If you answered "Yes" to any claim in Question 1 and also answered "No" in Question 2 to the same claim to which you answered "Yes" in Question 1, or if you answered "Yes" to any claim or claims in Question 1 that are not also listed in Question 2, then go to Question 3.

If you did not answer "Yes" to any claim in Question 1 then skip Question 3 and have the Jury Foreperson sign the verdict form and notify the Court Security Officer that you have reached a verdict.

**Question 3: Damages**

What sum of money, if paid now in cash, do you find from a preponderance of the evidence should be awarded to EON as damages?

**Answer with the amount in dollars and cents:**

$ 18,800,000.00

Signed this 6 day of June, 2014.

4