# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **EON CORP. IP HOLDINGS, LLC** § | |
| § | |
| *Plaintiff,* § | |
| § | **CIVIL ACTION NO. 6:11-CV-317-JDL** |
| v. § | |
| § | |
| § | **JURY TRIAL DEMANDED** |
| **LANDIS+GYR INC., ET AL.,** § | |
| § | |
| *Defendants* § | |

## ORDER

On October 21, 2014, the Court issued the Sealed Memorandum Opinion and Order (Doc. No. 658), remitting EON's damages award to $12,990,800. EON has not objected to the remitted damages award. Therefore, SSN is directed to pay EON damages in the amount of $12,990,800. Upon resolution of the parties' remaining motions, the Court will issue a final judgment in this matter.

**So ORDERED and SIGNED this 4th day of November, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE