**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **EON CORP. IP HOLDINGS, LLC** | § § § | |
| *Plaintiff,* | § § | **CIVIL ACTION NO. 6:11-CV-317-JDL** |
| v. | § § | **JURY TRIAL DEMANDED** |
| **LANDIS+GYR INC., ET AL.,** | § § | |
| *Defendants* | § | |

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury verdict delivered on June 6, 2014, the Court's Memorandum Opinion and Order of October 21, 2014 (Doc. No. 658), the Court's Memorandum Opinion and Order of November 7, 2014 (Doc. No. 663), the Court's Memorandum Opinion and Order of November 13, 2014 (Doc. No. 665), and the entirety of the record available to this Court, the Court **ORDERS AND ENTERS FINAL JUDGMENT** as follows:

- Defendant Silver Spring Networks, Inc. ("SSN") is found to have unlawfully infringed U.S. Patent Nos. 5,388,101 (the "'101 patent") and 5,592,491 (the "'491 patent").

- As decided in the Court's Memorandum Opinion and Order of October 21, 2014 (Doc. No. 658), EON failed to present sufficient evidence of infringement as to U.S. Patent No. 5,481,546 (the "'546 patent").

- The '101 patent, the '491 patent, and the '546 patent are found to be valid.

- As decided in the Court's Memorandum Opinion and Order of October 21, 2014 (Doc. No. 658), the jury's damages award is remitted to $12,990,800.

- Plaintiff EON is entitled to prejudgment interest at the prime rate, compounded quarterly, on the damages award (Doc. No. 663 at 2-3).[1]  Prejudgment interest on the $12,990,800 damages award is $1,481,694,[2] plus $1,272 per-day through the date of final judgment.

- As decided in the Court's Memorandum Opinion and Order of November 13, 2014 (Doc. No. 665), EON is not entitled to an award of attorney fees under 35 U.S.C. § 285 or 28 U.S.C. § 1927.

All relief not specifically granted herein is **DENIED**.  This is a Final Judgment and is appealable.

**So ORDERED and SIGNED this 4th day of December, 2014.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

---

[1] While the Court determined that EON is entitled to prejudgment interest (Doc. No. 663), it denied EON's Motion for Prejudgment Interest (Doc. No. 622) because EON requested interest based on the original damages award of $18.8 million, and directed EON to file notice setting forth a prejudgment interest amount based on the remitted damages award.  Eon subsequently filed its Notice of Revised Calculation of Prejudgment Interest (Doc. No. 670) based on the remitted damages award.

[2] EON's expert calculated prejudgment interest in the amount of $1,481,694 through November 20, 2014.  Therefore, interest shall accrue in the amount of $1,272 per-day from November 20, 2014 through the date of final judgment.